UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | M.J. No. 04-850-MBB |
| JOHN CHU and ) | |
| ZHU ZHAOXIN, ) | |
| Defendants. ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting affidavit, arrest warrants, this motion and the Court's order on this motion. As grounds for this motion, the government states that Defendants were arrested on May 6, 2004, and the materials no longer need to remain sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL D. RICCIUTI
GREGORY MOFFATT
Assistant U.S. Attorneys
(617)748-3370

Date: May 7, 2004